622 A.2d 282

**CEDARBROOK NURSING HOMES, Elm Terrace Gardens, Fair Acres Geriatric Center, et al., Appellants,**

v.

**PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE.**

Supreme Court of Pennsylvania.

Argued Jan. 27, 1993.

Decided Feb. 17, 1993.

Gerald Gornish, Philadelphia, for Cedarbrook Nursing Homes.

John A. Kane, Mary Frances Grabowski, Harrisburg, for Pennsylvania Dept. of Public Welfare.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., dissents.